E-FILED 5/7/14

CLOSED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAXINE RUSSELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE; UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendants. | No. CV 09-06050 PSG (SSx)<br><br>**[PROPOSED] JUDGMENT** |

Pursuant to the following orders:

(1) March 15, 2011 Order Continuing Defendant's Motion for Reconsideration (noting that Plaintiff had "settled her claims with the FBI") [**DN #68 at 5**];

(2) December 27, 2011 Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part the State Department's Motion for Summary Judgment [**DN #90**];

(3) February 1, 2012 Order Staying Disclosure of Documents O-49, O-175, A-351, A-315, A-223, and A-225 [**DN #98**];

(4) May 22, 2012 Order Directing Disclosure of Documents B-9M, G-299, G-423, G-424, G-373A, O-35, A-194, O-115, G-373, O-25, O-

-1-

        104, A-349, A-350, A-352, A-353, O-74, O-79, A-246, G-360, G-371, and O-46, and Staying Disclosure Pending Appeal [**DN #111**];

(5)    December 10, 2013 Order Denying in Part and Granting in Part the State Department's Motion for Summary Judgment as to Plaintiff's Third FOIA Request [**DN #175**];

(6)    January 6, 2014 Order Granting Defendant State Department's Motion for Summary Judgment re: Withholding of Records Responsive to Plaintiff's Third FOIA Request [**DN #177**]; and

(7)    April 15, 2014 Order Granting Defendant State Department's Motion for Summary Judgment re: Adequacy of OCS Search [**DN #187**]

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of defendants Department of State and Federal Bureau of Investigation.

IT IS FURTHER ORDERED, that pursuant to the Court's Orders referenced above, disclosure of documents O-49, O-175, A-351, A-315, A-223, A-225, B-9M, G-299, G-423, G-424, G-373A, O-35, A-194, O-115, G-373, O-25, O-104, A-349, A-350, A-352, A-353, O-74, O-79, A-246, G-360, G-371, and O-46 by defendant Department of State shall continue to be stayed pending the appeal it has filed with the Ninth Circuit (Case No. 12-55382).

DATED: 5/7/14

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants